IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 DEC 30  AM 11:06

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                ACTION No. 99-2258 ML/V

Zena C. Casey Bowen,

    Defendant (s),

Memphis Light Gas & Water

    Garnishee.

## GARNISHMENT DISPOSITION ORDER

A Writ of Garnishment was issued and served on defendant's employer, Memphis Light Gas &Water, Garnishee. The Garnishee filed an Answer on December 30, 2005 stating that it held non-exempt earnings otherwise owed to defendant.

On November 18, 2005, the defendant was notified of his/her right to a hearing on any objection to the Garnishee's answer or on any claim of exemption. The defendant has not requested a hearing.

It is ORDERED that the Garnishee pay to the plaintiff, United States of America, Office of the United States Attorney, Financial Litigation Unit, 200 Jefferson, Suite 811, Memphis, TN 38103 the funds withheld from defendant's wages. The Garnishee shall continue to withhold and pay to the plaintiff all of the defendant's non-exempt



U.S. v. Zena C. Casey Bowen
Action No.# 99-2258
Garnishment Disposition Order


earnings until notified by the plaintiff that the debt has been paid in full, or until the defendant is

no longer employed by Garnishee, or until further order of the court.


Dated: *December 30, 2005*

                                 Thomas M. Gould
                                 Clerk, U.S. District Court



By:        /s/
           Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:99-CV-02258 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Zena C. Casey
3502 Twinkle Town Rd.
Memphis, TN 38116

Honorable Jon McCalla
US DISTRICT COURT